IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VERNISHA MOBLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:25-cv-185-ECM |
| ) | |
| MONTGOMERY COMMUNITY ) | |
| ACTION COMMITTEE AND ) | |
| DEVELOPMENT CORPORATION, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On September 18, 2025, the Magistrate Judge entered a Recommendation (doc. 21) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 21) is ADOPTED;

2. The Defendant's motion to dismiss (doc. 13) is GRANTED to the extent that the Plaintiff's Amended Complaint (doc. 10) is a shotgun pleading;

3. **On or before November 10, 2025,** the Plaintiff shall file a second amended complaint which is complete unto itself and which complies with Middle District of Alabama Rule 15, the Federal Rules of Civil Procedure, and the directives in the Magistrate Judge's Recommendation (doc. 21 at 9–10). **The Plaintiff is CAUTIONED that failure to file a second amended complaint may result in a Recommendation that this case be dismissed**;

2

4. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 27th day of October, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE